No. 6,840.—STATE ex Rel. W. E. KOCH, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided April 14, 1931.

PER CURIAM.—The petition of relator for a writ of review herein is denied.

*Mr. E. F. Gummer,* for Relator.